## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

WEBER MARINE, LLC
Plaintiff,

v.

M/V GARIBALDI SPIRIT, HER
ENGINES, BOILERS, TACKLE,
FURNITURE, APPAREL,
APPURTENANCES, etc., in rem,
TANKER INVESTIMENTS, LTD
and TEEKAY MARINE,
(SINGAPORE) PTE, LTD.
Defendants

CIVIL ACTION NO.

JUDGE

MAGISTRATE JUDGE

:   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :

### VERIFED COMPLAINT

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR**

**THE MIDDLE DISTRICT OF LOUSIANA**:

NOW COMES Plaintiff, WEBER MARINE, LLC, and for the Verified Complaint

against the M/V GARIBALDI SPIRIT her engines, boilers, tackle, furniture, apparel,

appurtenances, etc., *in rem*, Tanker Investments, Ltd., and Teekay Marine, (Singapore) PTE,

Ltd., allege as follows:

### THE PARTIES:

1.

Plaintiff, Weber Marine, LLC is a limited liability company duly organized under the

laws of the State of Louisiana, and whose principle place of business is Convent, Louisiana.

2.

The M/V GARIBALDI SPIRIT is a Bahaman-flagged vessel owned by Tanker Investments, Ltd., and operated by Teekay Marine, (Singapore) PTE, Ltd. It is currently located within the jurisdiction of this Honorable Court.

3.

Tanker Investments, Ltd, upon information and belief, is a foreign corporation or other business entity duly organized under foreign law, whose principle business address is Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, MH96960 Marshall Islands.

4.

Teekay Marine, (Singapore) PTE, Ltd., upon information and belief, is a foreign corporation or other business entity duly organized under foreign law, with a principle place of business located at 460 Alexandra Road, #27-01 PSA Building, Singapore 119963.

## JURISDICTION AND VENUE:

5.

This Court has jurisdiction over the subject matter of the action pursuant to Rule 9(h) of the Federal Rules of Civil Procedure because it arises from a maritime tort. The action also comes within the Court's admiralty and maritime jurisdiction pursuant to the United States Constitution, Article 3, Section 2, and 28 U.S.C. § 1333 and is brought pursuant to Rules B and C of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions because Plaintiff seeks the attachment and arrest of the *in rem* Defendant M/V GARIBALDI SPIRIT as security for its claim.

6.

Venue is proper in this Honorable Court because the in rem Defendant M/V GARIBALDI

SPIRIT is presently situated within the waters of this District.

## FACTS AND CLAIM:

7.

On Tuesday, June 6, 2016, Weber Marine, LLC was in control of a tier of fourteen barges

and one pushboat, the M/V WALTER BLESSEY, fleeted at or near Lower Mississippi River

Mile Marker 167.3 when a swell created by the M/V GARIBALDI SPIRIT caused the tier of

barges and the M/V WALTER BLESSEY to break free from their mooring.

8.

The tier of fourteen barges drifted approximately ¼ - ½ mile downriver, until it allided

with a dock owned by Yara International Fertilizers.

9.

The dock owned by Yara International Fertilizers, which consists of two permanently-

spudded ocean-going barges, sustained physical damages in an amount yet to be qualified, but

which could exceed $200,000.

10.

Two of the barges in the tier, the BO 739 and FMT 1317, also sustained physical

damages which have not yet been quantified.

11.

As the entity in control of the tier of barges, and who bore responsibility for the proper

mooring of the fleet, Weber Marine, LLC has been called upon to pay for or otherwise provide

repairs to the Yara International Fertilizers dock, the BO 739, and the FMT 1317.

12.

However, and insofar as the aforedescribed allision was caused by the M/V GARIBALDI SPIRIT passing another vessel at an excessive rate of speed and too close to the tier of barges, the defendants are wholly responsible to indemnify Weber Marine for all property damages, or any other category of damages, which it may be called upon to pay as a result of this incident.

13.

Further, Weber Marine contends that the aforedescribed incident was caused solely as a result of defendants negligence, violation of navigational regulations, failure to comply with navigation customs and/or usage, vessel unseaworthiness, improper navigation, lack of due care, lack of skill, lack of training, lack of attention, failure to properly maintain and/or utilize the M/V GARIBALDI SPIRIT's propulsion system, failure to properly maintain or utilize the M/V GARIBALDI SPIRIT's steering system, failure to properly maintain and/or utilize the M/V GARIBALDI SPIRIT's engine system and/or other failures, acts or omissions of the Defendants' vessel M/V GARIBALDI SPIRIT and was not caused in any way by the Plaintiff.

14.

The total losses caused by the fault and neglect of the Defendants is currently estimated to be less than $500,000, inclusive of property damages and economic losses, but may increase as further investigation into the condition of the vessels and structures at issue is held.

SUPPLEMENTAL RULE B AND C RELIEF

15.

Plaintiffs repeat and re-allege paragraphs 1 through 13 set out hereinabove as though same were more thoroughly set forth at length herein.

16.

The aforedescribed incident constitutes a maritime tort for which Plaintiff's claims attach maritime liens on the M/V GARIBALDI SPIRIT and are enforceable by a suit *in rem*. Accordingly, Plaintiff seeks to enforce its maritime lien pursuant to a Warrant of Arrest to be issued against the M/V GARIBALDI SPIRIT, all in accordance with Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions and Local Admiralty Rule 4 by way of an arrest of the MV GARIBALDI SPIRIT.

17.

Plaintiff also seeks jurisdiction over the *in personam* defendants Tanker Investments, Ltd. and Teekay Marine (Singapore) PTE, Ltd., who cannot be found within this District and are believed to have assets in this jurisdiction, namely the M/V GARIBALDI SPIRIT, by attachment of said defendants' goods and chattels within this District and within the State of Louisiana pursuant to a Writ of Foreign Attachment to be issued against the M/V GARIBALDI SPIRIT, to answer for its fault and neglect  detailed above in causing the aforedescribed incident and damage it caused to Plaintiff, all in accordance with Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture and Local Admiralty Rule 4.


**WHEREFORE**, Weber Marine, LLC respectfully prays that:

1. Its Verified Complaint be deemed good and sufficient;

2. Process in due form of law be issued pursuant to Rules B and C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, directing the in personam Defendants, Tanker Investments, Ltd. and Teekay Marine

(Singapore), PTE, Ltd. to appear and answer, all and singular, the allegations contained herein and directing that the M/V GARIBALDI SPIRIT, presently lying afloat on the navigable waters of the United States of America within the District and the jurisdictional limits of this Court, be arrested and attached in the proceeding to the amount of Plaintiff's claims stated herein, plus interest, costs, and attorneys' fees;

3. All parties claiming an interest, title or right in the said vessel appear and answer, all and singular, the allegations of this Verified Complaint;

4. After due proceedings, Plaintiff has judgment against Defendants in the full amount of Plaintiff's damages which are presently estimated to be $500,000, or greater, and further interest thereon at the legal rate and for any other amount that later calculation may demonstrate as being appropriate;

5. This Honorable Court enter a decree in favor of the Plaintiff and against Defendants for the total amount of Plaintiff's damages and that the M/V GARIBALDI SPIRIT be condemned and sold for the aforesaid amount together with reasonable costs and attorneys' fees, including the costs and attorneys' fees incurred herein;

6. Plaintiff has such other and further relief as the law and justice may require; and

7. Plaintiff agrees to release and hold harmless and indemnify the United States of America, the United States Marshals Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the vessel.

Respectfully submitted,

## CERTIFICATE OF SERVICE

**STAINES & EPPLING**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record via the service method indicated below:

*s/Corey P. Parenton*

[ ] U.S. Mail
[ ] Facsimile
[ ] Hand Delivery
[ ] Other

**ANTHONY J. STAINES** (#12388)
**CRAIG W. BREWER** (#23665)
**COREY PARENTON** (#32918)
3500 North Causeway Boulevard
Suite 820

this 8th day of June, 2016.

Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043

*s/Corey P. Parenton*

Counsel for Weber Marine, Inc.